UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE: Javier Villela-Lopez }
    Kathleen Kinkella }
} Chapter 7
    Debtor(s) }
} Case No: 09-12630
}
} Judge W.H. Drake

**AMENDMENT TO SCHEDULES**

COMES NOW the Debtor(s) to modify the Chapter 7 as follows:

1    Schedule F is amended to add the following pre-petition debts to be discharged:

Cook's Pest Control    $686.86
199 Fairburn Ind. Boulevard, # A
Fairburn, GA 30213

Newnan Utilities
P.O. Box 578
Newnan, GA 30264

CLM Sanitation- Newnan
P.O. Box 988
Stockbridge, GA 30281

2.    Debtor(s) amends the Summary of Schedules and the Statistical Summary of Certain Liabilities and Related Data as attached.

Wherefore, the Debtor requests that the above referenced amendment be approved.

This 23 day of  October, 2009.

/s/H Brooks Cotten
H. Brooks Cotten, Bar No: 189545
H. Brooks Cotten, P.C.
5 Jackson St.
Newnan, GA 30263
(770) 683-3303

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Javier Ricardo Villela-Lopez, Kathleen Elaine Kinkella**, Debtors

Case No. **09-12630**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 132,000.00 | | |
| B - Personal Property | Yes | 3 | 8,860.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 133,676.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 17,204.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,122.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,122.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 140,860.00 | | |
| Total Liabilities | | | | 150,880.86 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Javier Ricardo Villela-Lopez,**
**Kathleen Elaine Kinkella**
                                                                    Debtors

Case No. **09-12630**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,122.00 |
| Average Expenses (from Schedule J, Line 18) | 6,122.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,065.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,991.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 17,204.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 25,195.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                    Best Case Bankruptcy

## AFFIDAVIT

The undersigned(s) hereby declare(s) under penalty of perjury that he/she has read the foregoing and that the statements made herein are true and correct to the best of his/her knowledge, information and belief.

This October 23, 2009.


/s/<u>Javier Villela-Lopez</u>            /s/ <u>Kathleen Kinkella</u>
    Debtor                                      Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Amendment/Modification upon the Trustee and all other entities affected thereby, by depositing the same in the U.S. Mail in properly addressed envelope(s) with sufficient postage affixed thereto and correctly addressed as follows:

Griffin E. Howell, III
127 1/2 East Solomon Street
PO Box 551
Griffin, GA 30224


Cook's Pest Control
199 Fairburn Ind. Boulevard, # A
Fairburn, GA 30213


Newnan Utilities
P.O. Box 578
Newnan, GA 30264

CLM Sanitation- Newnan
P.O. Box 988
Stockbridge, GA 30281

This October 23, 2009.

/s/ <u>H. Brooks Cotten</u>
H. Brooks Cotten, Bar No: 189545
H. Brooks Cotten, P.C.
5 Jackson St.
Newnan, GA 30263
(770) 683-3303