UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | X | CHAPTER 7 | |
| JAVIER RICARDO VILLELA-LOPEZ, | X | CASE NO. 09-12630-whd | |
| xxx-xx-9232, | | | |
| KATHLEEN ELAINE KINKELLA, | X | | |
| xxx-xx-2334, | | | |
| Debtors. | X | JUDGE W. HOMER DRAKE, JR. | |

**NOTICE OF PROPOSED ABANDONMENT OR**
**DISPOSITION OF PROPERTY**

To all creditors, indenture trustees and committees appointed or elected in this case pursuant to law:

In accordance with Rule 6007 of the Bankruptcy Rule, notice is hereby given of the proposed abandonment or other disposition of the following described property (state also the nature of the proposed disposition if other than by abandonment):

1. Residence: 122 East Broad Street, Newnan, GA, 30263;
2. Timeshare, Sheraton Hotel, Myrtle Beach, SC;
3. Branch Banking & Trust - $100.00;
4. Branch Banking & Trust - $100.00;
5. USAA Federal Savings Bank - $30.00;
6. Household goods;
7. Clothes;
8. Jewelry;
9. 2001 Mercury Villager;
10. 1998 Jeep Grand Cherokee; and
11. Hedge trimmer, weedeater, pushmower, & blower, fertilizer spreader, tiller.

An objection may be filed and served by a party in interest within 14 days of the mailing of the notice.

DATED:  3/31/10

/s/  *Griffin E. Howell, III*
Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO:   372225

NEWTON & HOWELL, P.C.
127 1/2 E. Solomon Street
P.O. Box 551
Griffin, GA   30224
(770) 227-0110